UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE HL, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:05CV2032 CAS |
| MAR JAMES, et al., | ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS
AGAINST DEFENDANTS ARCHDIOCESE OF ST. LOUIS AND BURKE**

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff and defendants Roman Catholic Archdiocese of St. Louis and Archbishop Raymond Burke hereby stipulate to dismiss with prejudice plaintiff's action and claims against said defendants. Plaintiff and defendants Archdiocese and Archbishop Burke shall each bear their own costs.

Note: This dismissal does not apply to plaintiff's action and claims against defendants New Haven School District, Ragland, Dreier, and Estes, but plaintiff also expects to dismiss those claims in the near future.

Respectfully submitted,

CHACKES, CARLSON, SPRITZER & GHIO, LLP


  s/Kenneth M. Chackes
Kenneth M. Chackes, No. 14851
M. Susan Carlson
8390 Delmar Blvd., Suite 218
St. Louis, Missouri 63124
(314) 872-8420
(314) 872-7017 Fax

**ATTORNEYS FOR PLAINTIFF**

  s/David P. Niemeier
Edward M. Goldenhersh, No. 3234
David P. Niemeier, No. 497950
Greensfelder, Hemker & Gale PC
10 S. Broadway, Suite 2000
St. Louis, MO 63102

**ATTORNEYS FOR DEFENDANTS ARCHDIOCESE AND ARCHBISHOP BURKE**

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Edward M. Goldenhersh
    David P. Niemeier
    Greensfelder, Hemker & Gale PC
    10 S. Broadway, Suite 2000
    St. Louis, MO 63102

    Margaret A. Hesse
    Phyleccia Reed Cole
    Tueth, Keeney, Cooper, Mohan & Jackstadt, P.C.
    34 N. Meramec Ave., Ste. 600
    St. Louis, MO 63105

  s/Kenneth M. Chackes
Kenneth M. Chackes